UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                    CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS,

    Defendant.


MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                    CIVIL ACTION NO 5:23-CV-00626

ROSE ZHENG ABRAMOFF

    Defendant.


**ORDER**

        Pending are Plaintiff Mountain Valley Pipeline, LLC's ("MVP") Petition for a Preliminary Injunction, filed September 19, 2023, in the above-styled actions.

        The actions were instituted the same day. They allege the disruption of pipeline construction activity. The Court **ORDERS** a hearing on both Petitions for **Friday, September 29, 2023, at 12:00 p.m. in Beckley**. Counsel for MVP or their agents are **DIRECTED** to effectuate personal service on the Defendants at least 48 hours prior to the scheduled hearing.

        Furthermore, inasmuch as these actions involve common questions of law and fact, the Court **ORDERS** them consolidated under *Federal Rule of Civil Procedure* 42(a). The *Tuhus* matter is designated as the lead case, with all future filings made therein.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 25, 2023

Frank W. Volk
United States District Judge