# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,
v.                                          CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS,
    Defendant.


MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,
v.                                          CIVIL ACTION NO 5:23-CV-00626

ROSE ZHENG ABRAMOFF
    Defendant.

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby notes his appearance in these consolidated proceeding as Counsel for Defendants Melinda Ann Tuhus and Rose Zheng Abramoff and respectfully requests that all notices to these Defendants be directed to the undersigned at the following address:

William V. DePaulo, Esq. #995
860 Court Street North, Suite 300
Lewisburg, WV 24901
Tel: 304-541-1984
Fax: 866-850-1501
william.depaulo@gmail.com

                                                                         Respectfully submitted,

                                                                         **MELINDA ANN THUSUS**
                                                                         **ROSE ZHENG ABRAMOFF**

                                                                                By Counsel

/s/William V. DePaulo
William V. DePaulo, Esq. #995
860 Court Street North, Suite 300
Lewisburg, WV 25901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,

v.                                    CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS,
    Defendant.


MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,

v.                                      CIVIL ACTION NO 5:23-CV-00626

ROSE ZHENG ABRAMOFF
    Defendant.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of the Court, this 28th day of September, 2023, and thereby served on Counsel for the Plaintiff as follows:

Timothy M. Miller, Esq. #2564
Matthew S. Casto, Esq. #8174
Robert M. Stonestreet, Esq. #9370
Jennifer J. Hicks, Esq. #11423
Austin D. Rogers, Esq. #13919
BABST CALLAND, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
Tel: 681-205-8888
Fax: 681-205-8814

                                                      /s/William V. DePaulo
                                                      William V. DePaulo