(06/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT _____

|  |  |
|---|---|
|  | **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST** |
| v. |  |
|  | **CASE NUMBER** _____ |

Pursuant to F R Civ P 7.1, _____,
(type of party)

who is _____, makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☐ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The undersigned party understand that under F R Civ P 7.1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: _____        _____
                          Signature of Counsel for Party