# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 9/29/2023 | Case Number: | 5:23-cv-00625 |
| Case Style: | Mountain Valley Pipeline, LLC vs. Tuhus/Abramoff | | |
| Type of hearing: | Pre-Hearing | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Sydney Whittington |

Attorney(s) for the Plaintiff or Government:

Timothy Miller, Austin Rogers

Attorney(s) for the Defendant(s):

William DePaulo

Law Clerk: Sarah Fox

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 12:21 PM | 12:33 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 12 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 12:00
Actual Start 12:21 p.m.

Parties present for a preliminary injunction hearing.
Counsel note appearances on the record.
Court inquires and addresses the parties - changes hearing to pre-hearing.
Court to counsel: Meet at earliest possible occasion to provide to the Court the earliest date possible as to a prelim injunction hearing and also a listing of any stipulations or time saving measures as to exhibits the parties are willing to enter into jointly.
To Mr. DePaulo: provide written waivers of presence by clients if approved.
Court recessed at 12:33 p.m.