# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                         CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

    Defendants.

## ORDER AND NOTICE

Pursuant to *Local Rule of Civil Procedure* 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**10/30/2023**     Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**11/27/2023**     Last day for Rule 26(f) meeting.

**12/04/2023**     Last day to file Report of Parties Planning Meeting and Scheduling Order Worksheet, available on the Court's website. See LR Civ P 16.1.

**12/18/2023**     Telephonic Scheduling Conference at **4:30 p.m.**, before the undersigned, unless canceled. Please use call-in information: 304-461-4955; access code 209 294 463#.

**12/28/2023**     Entry of Scheduling Order.

**01/02/2024**     Last day to serve FR Civ P 26(a)(1) disclosures

## **NOTICE**

The provision of *Federal Rules of Civil Procedure* 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to *Local Rules of Civil Procedure* 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C.§ 636.  The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (*Local Rule of Civil Procedure* 73.1, Form 34), or by so indicating on the Report of Parties Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

ENTERED:   September 29, 2023

Frank W. Volk
United States District Judge