## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                          CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

    Defendants.

## ORDER

Pending are Plaintiff Mountain Valley Pipeline, LLC's ("MVP") Petition for a Preliminary Injunction, filed September 19, 2023.

On September 29, 2023, the Court convened for a Preliminary Injunction Hearing. For reasons appearing to the Court, the hearing was converted to a Pre-hearing Conference. The Court **DIRECTED** counsel for both parties to meet at the earliest possible occasion to provide the Court with the earliest date possible as to a preliminary injunction hearing. If the parties are unable to agree on a single date, the parties are **INSTRUCTED** to provide the Court with several dates that are agreeable to all sides. Additionally, the Court **DIRECTED** counsel for both parties to provide the Court with a list of stipulations or time saving measures as to exhibits the parties are willing to enter into jointly for the preliminary injunction hearing. Lastly, the Court **INSTRUCTED** counsel for the Defendants to provide written waivers of presence by Ms. Tuhus and Ms. Abramoff if approved.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 17, 2023

Frank W. Volk
United States District Judge