UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

        Plaintiff,

v.                                          CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

        Defendants.

## NOTICE OF FILING OF WAIVER OF PRESENCE AT HEARING ON PRELIMINARY INJUNCTION

    Defendants Melinda Ann Tuhus and Rose Zheng Abramoff, by Counsel, hereby file their waivers of presence (Attached as Exhibits A & B) at any hearing on a motion for preliminary hearing hereafter filed by Plaintiff.

                                                                 Respectfully submitted,

                                                                 **MELINDA ANN THUSUS**
                                                                 **ROSE ZHENG ABRAMOFF**

                                                                 By Counsel

/s/William V. DePaulo
William V. DePaulo, Esq. #995
860 Court Street North, Suite 300
Lewisburg, WV 25901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,

v.                                                  CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF
    Defendants.

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of the Court, this 26th day of October, 2023, and thereby served on Counsel for the Plaintiff as follows:

Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer **J.** Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814
tmillerr@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

                                                                      /s/William V. DePaulo
                                                                       William V. DePaulo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                            CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

    Defendants.

### WAIVER OF PRESENCE AT HEARING ON PRELIMINARY INJUNCTION

    Defendants Melinda Ann Tuhus and Rose Zheng Abramoff, by Counsel, fully aware of their right to be present at any hearing on a motion for preliminary injunction, if and when filed by Plaintiff, waive that right after consulting with counsel.

_____       _____
**MELINDA ANN THUSUS**            **ROSE ZHENG ABRAMOFF**

    Respectfully submitted,

    **MELINDA ANN THUSUS**
    **ROSE ZHENG ABRAMOFF**

    By Counsel

/s/William V. DePaulo
William V. DePaulo, Esq. #995
860 Court Street North, Suite 300
Lewisburg, WV 25901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com

**EXHIBIT "B"**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

        Plaintiff,

v.                                      CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

        Defendants.

### WAIVER OF PRESENCE AT HEARING ON PRELIMINARY INJUNCTION

Defendants Melinda Ann Tuhus and Rose Zheng Abramoff, by Counsel, fully aware of their right to be present at any hearing on a motion for preliminary injunction, if and when filed by Plaintiff, waive that right after consulting with counsel.

_/s/ Melinda Tuhus_                                    _____
**MELINDA ANN THUSUS**                        **ROSE ZHENG ABRAMOFF**

                                                                                        Respectfully submitted,

                                                                                       **MELINDA ANN THUSUS**
                                                                                      **ROSE ZHENG ABRAMOFF**

                                                                                              By Counsel

/s/William V. DePaulo
William V. DePaulo, Esq. #995
860 Court Street North, Suite 300
Lewisburg, WV 25901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com