IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

 **Plaintiff,**

v.               **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

 **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

 **Plaintiff,**

v.               **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

 **Defendant.**

**CERTIFICATE OF SERVICE**

 The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC hereby certifies that a true and correct copy of **PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES** was electronically filed this 29th day of December 2023, through this Court's CM/ECF system which will send an electronic notification to all parties.

William V. DePaulo, Esquire
860 Court Street North, Suite 300
Lewisburg, WV 24901
*Counsel for Defendants*

              */s/ Austin D. Rogers*
              Austin D. Rogers, Esquire (WVSB #13919)

14965731

4