IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                    **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                    **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## PLAINTIFF'S MOTION TO STRIKE

Mountain Valley Pipeline, LLC ("MVP"), by counsel, hereby moves, pursuant to Fed. R. Civ. P. 12(f), to strike Defendants' Motion to Dismiss for Failure to State a Claim. [Doc. No. 26]. The grounds for this Motion are more fully set forth in the contemporaneously filed *Plaintiff's Combined Memorandum in Support of Motion to Strike and Response to Motion to Dismiss*, which is incorporated by reference.

**WHEREFORE**, MVP requests that this Honorable Court enter an order striking Defendants' Motion to Dismiss from the record.

Submitted this 28th day of May, 2024.

                                                        **MOUNTAIN VALLEY PIPELINE, LLC**

                                                        **By Counsel**

/s/ *Timothy M. Miller*
Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
Babst Calland, P.C.
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC hereby certifies that a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO STRIKE** was filed this 28th day of May 2024, through this Court's CM/ECF system which will send electronic notification to the following counsel of record:

               William V. DePaulo, Esquire
               860 Court Street North, Suite 300
               Lewisburg, WV 24901
               *Counsel for Defendants*


               /s/ *Timothy M. Miller*
               Timothy M. Miller (WVSB #2564)