**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                    **Civil Action No. 5:23-cv-00625
(Judge Frank W. Volk)**

**MELINDA ANN TUHUS and
ROSE ZHENG ABRAMOFF,**

    **Defendants.**

**CERTIFICATE OF SERVICE**

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC, does hereby certify that on the 28th day of June, 2024, I electronically filed the *Certificate of Service* for the ***Response of Mountain Valley Pipeline, LLC to Defendant Tuhus' First Discovery Request*** via the Court's CM/ECF system. I further certify that on the 28th day of June, 2024, a copy of the entire document was served on all parties via electronic mail and via US Mail, postage prepaid, addressed as follows

William V. DePaulo, Esquire<br>
P. O. Box 1711<br>
Lewisburg, WV 25901<br>
william.depaulo@gmail.com

                                                      */s/ Timothy M. Miller*
                                                      Timothy M. Miller (WVSB # 25664)