IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                          **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                           **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that this **Certificate of Service** for <u>Defendant Tuhus' Response to Mountain Valley Pipleine, LLC's First Set of</u> Discovery was filed electronically via the CM/ECF system with the Clerk of the Court, this 8st day of July, 2024, and thereby served on Counsel for the Plaintiff. I further certify that on the 8th day of July, 2024, a copy of the entire document was served on Plaintiff via electronic mail and via fax.

Timothy M. Miller, Esq.  #2564
Matthew S. Casto, Esq. #8174
Robert M. Stonestreet, Esq. #9370
Jennifer J. Hicks, Esq. #11423
Austin D. Rogers, Esq. #13919
BABST CALLAND, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
Tel: 681-205-8888
Fax: 681-205-8814

                                                                                          /s/William V. DePaulo
                                                                                            William V. DePaulo