# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                              **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for the Plaintiff, hereby certifies that on July 12, 2024, I electronically filed the *Certificate of Service* for ***Mountain Valley Pipeline, LLC's First Set of Discovery to Defendant Rose Zheng Abramoff*** with the Clerk of the Court via the CM/ECF system and that a complete copy of ***Mountain Valley Pipeline, LLC's First Set of Discovery to Defendant Rose Zheng Abramoff*** was served via US Mail, postage prepaid, upon the following:

                            William V. DePaulo Esq.
                         860 Court Street North, Suite 300
                              Lewisburg, WV  24901
                                *Counsel for Defendants*

                                              */s/ Austin D. Rogers*
                                              Austin D. Rogers (WVSB #13919)