L R Civ P 83.6 Form (Rev. 09/2023)
L R Cr P 44.6 Form (Rev. 09/2023)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
SELECT ONE:

MOUNTAIN VALLEY PIPELINE, LLC

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

**v.**
MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

CIVIL CASE NO. 5:23-cv-00625

---

**VISITING ATTORNEY INFORMATION**

Jonathan Sidney, Climate Defense Project
Name of Visiting Attorney and firm name

Bar ID Number: 0100561/52463
State: OH/CO

P.O. Box 97, Forest Hill, WV 24935
Visiting Attorney's mailing address, City, State and Zip

(510) 318-1549
Visiting Attorney's office telephone number

jsidney@climatedefenseproject.org
Visiting Attorney's Email address

Ohio: 65 South Front Street, Columbus, OH 43215; Colorado: 1300 Broadway Unit 510, Denver, CO 80203
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

---

**PARTY INFORMATION**

Melinda Tuhus and Rose Abramoff
Name of party represented

---

**SPONSORING ATTORNEY INFORMATION**

William V. DePaulo
Name of Sponsoring Attorney and firm name

Bar ID Number: 995
State: WV

860 Court Street North, Suite 300, Lewisburg, WV 25901
Sponsoring Attorney's mailing address, City, State and Zip

(304) 342-5588
Sponsoring Attorney's office telephone number

William.depaulo@gmail.com
Sponsoring Attorney's Email address

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

| 7/25/24 | s/ Jonathan Sidney |
|---|---|
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

| 7/25/24 | [signature] |
|---|---|
| Date | Signature of Sponsoring Attorney |