UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

      Plaintiff,

v.                                                                         CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

      Defendants.

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND MOTION TO DISMISS TO INCLUDE SUPPLEMENTAL GROUNDS PURUSANT TO FED. R. CIV. P. 12(b)(6)

Pending before the Court is the Unopposed Motion to Amend Scheduling Order (Doc No. ___) filed by Defendants Tuhus and Abramoff on July 26, 2024. For the reasons stated in the Motion, the Court finds good cause exists for the Motion and accordingly, ORDERS as follows:

Defendants' Supplemental Memorandum of Law in Support of Motion to Dismiss is accepted, deemed timely, and incorporated by reference as supplemental grounds in support of Defendants' previously-filed Motion to Dismiss/Motion for Abstention (ECF Doc. 14) and supporting Memorandum (ECF Doc. 15).

Dated: _____, 2024

                                                    Honorable Frank W. Volk