# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## STIPULATION EXTENDING DEADLINE FOR PLAINTIFF
## TO FILE A MOTION TO COMPEL, IF ANY

Plaintiff Mountain Valley Pipeline, LLC and Defendant Melinda Ann Tuhus, by counsel, stipulate and agree that Plaintiff's deadline to file a motion to compel as to *Defendant Tuhus' Response to Mountain Valley Pipeline, LLC's First Set of Discovery* is extended up to and including August 21, 2024.


**STIPULATED AND AGREED TO BY:**


*/s/ Austin D. Rogers*
Timothy M. Miller, Esquire (WVSB #2564)
Matthew S. Casto, Esquire (WVSB #8174)
Robert M. Stonestreet, Esquire (WVSB # 9370)
Jennifer J. Hicks, Esquire (WVSB # 11423)
Austin D. Rogers, Esquire (WVSB #13919)
**BABST CALLAND, P.C.**

300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681.205.8888
Facsimile: 681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

*Counsel for Plaintiff*


and


*/s/ William V. DePaulo (w/ permission)*
William V. DePaulo, Esquire (WVSB #995)
P.O. Box 1711
Lewisburg, WV 24901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com

Jonathan Sidney
*Pro Hac Vice*
Colorado Bar No. 52463
Ohio Bar No. 0100561
Climate Defense Project
P.O. Box 97
Forest Hill, WV
Email: jsidney@climatedefenseproject.org
Telephone: (510) 318-1549

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                                                **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                                                **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC hereby certifies that on August 2, 2024, I electronically filed the **STIPULATION EXTENDING DEADLINE FOR PLAINTIFF TO FILE A MOTION TO COMPEL, IF ANY** with the Clerk of the Court via the CM/ECF system which will send electronic notification to counsel of record as follows:

William V. DePaulo, Esq.
P.O. Box 1711
Lewisburg, WV 24901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com

Jonathan Sidney
Climate Defense Project
P.O. Box 97
Forest Hill, WV
(510) 318-1549
jsidney@climatedefenseproject.org

*/s/ Austin D. Rogers*
Austin D. Rogers, Esquire (WVSB #13919)