IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                            **CIVIL ACTION NO 5:23-CV-00625**

**MELINDA ANN TUHUS, and**
**ROSE ZHENG ABRAMOFF**

    **Defendants.**

**STIPULATION EXTENDING DEADLINE FOR PLAINTIFF
TO FILE A MOTION TO COMPEL, IF ANY**

    Plaintiff Mountain Valley Pipeline, LLC (MVP) and Defendant Melinda Ann Tuhus, by counsel, stipulate and agree that Plaintiff's deadline to file a motion to compel as to *Defendant Tuhus' Response to Mountain Valley Pipeline, LLC's First Set of Discovery* is extended up to and including September 11, 2024. Ms. Tuhus will respond in writing to MVP's August 8, 2024 conferral letter no later than August 26, 2024.

**STIPULATED AND AGREED TO BY:**

*/s/ William V. DePaulo*
William V. DePaulo, Esquire (WVSB #995)
860 Court Street North, Suite 300
Lewisburg, WV 24901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com

1

Jonathan Sidney
*Pro Hac Vice*
Colorado Bar No. 52463
Ohio Bar No. 0100561
Climate Defense Project
P.O. Box 97
Forest Hill, WV
Email: jsidney@climatedefenseproject.org
Telephone: (510) 318-1549

*Counsel for Defendants*


and


*/s/ Austin D. Rogers (with permission)*
Timothy M. Miller, Esquire (WVSB #2564)
Matthew S. Casto, Esquire (WVSB #8174)
Robert M. Stonestreet, Esquire (WVSB # 9370)
Jennifer J. Hicks, Esquire (WVSB # 11423)
Austin D. Rogers, Esquire (WVSB #13919)

**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

      Plaintiff,

v.                                              CIVIL ACTION NO 5:23-CV-00625

**MELINDA ANN TUHUS, and**
**ROSE ZHENG ABRAMOFF**

      Defendants.

**CERTIFICATE OF SERVICE**

The undersigned, as counsel for Defendants, hereby certifies that on August 12, 2024, I electronically filed the **STIPULATION EXTENDING DEADLINE FOR PLAINTIFF TO FILE A MOTION TO COMPEL, IF ANY** with the Clerk of the Court via the CM/ECF system which will send electronic notification to counsel of record as follows:

Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

                              */s/ William V. DePaulo*
                              William V. DePaulo, Esq. (WVSB #995)