IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

      **Plaintiff,**

v.                                                      **CIVIL ACTION NO 5:23-CV-00625**

**MELINDA ANN TUHUS, and**
**ROSE ZHENG ABRAMOFF**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that this **Certificate of Service** for Defendant Abramoff's Response to Mountain Valley Pipeline, LLC's First Set of Discovery was filed electronically via the CM/ECF system with the Clerk of the Court, this 12th day of August, 2024, and thereby served on Counsel for the Plaintiff. I further certify that on this 12th day of August, 2024, a copy of Defendant Abramoff's Response to Mountain Valley Pipeline, LLC's First Set of Discovery was served on Plaintiff via electronic mail and via fax, to:

Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

                                                */s/ William V. DePaulo*
                                                William V. DePaulo