# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

      Plaintiff,

v.                                          Civil Action No. 5:23-cv-00625
                                                  (Judge Frank W. Volk)

MELINDA ANN TUHUS and
ROSE ZHENG ABRAMOFF

      Defendant.

## CERTIFICATE OF SERVICE

      The undersigned, as counsel for the Plaintiff, hereby certifies that on September 16, 2024, a complete copy of DEFENDANT ABRAMOFF'S FIRST DISCOVERY REQUEST was served via electronic mail to tmiller@babstcalland.com, mcasto@babstcalland.com, rstonestreet@babstcalland.com, jhicks@babstcalland.com, arogers@babstcalland.com, and kmarkins@babstcalland.com, and mailed via FedEx to the following address:

                ATTN: Timothy Miller/Austin Rogers
                BABST CALLAND, P.C.
                300 Summers Street, Suite 1000
                Charleston, WV 25301
                Tel: 681-205-8888

                                                  /s/ William V. DePaulo
                                                  William V. DePaulo