# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

**MOUNTAIN VALLEY PIPELINE, LLC,**

      **Plaintiff,**

vs.                                           Civil Action No. 5:23-cv-00625

**MELINDA ANN TUHUS *ET AL.*,**

      **Defendants.**

## ORDER

Pending before the Court is the Plaintiff's *Motion to Compel* (ECF No. 48) filed on September 20, 2024.

Accordingly, these matters will be addressed during a TEAMS video conference beginning at **1:30 p.m., on Thursday, October 10, 2024**. The parties will be provided the video conference link via separate email.

The Clerk is requested to distribute a copy of this Order to all counsel of record and any unrepresented parties.

**ENTER: October 1, 2024.**

Omar J. Aboulhosn
United States Magistrate Judge