# Courtroom Minute Entry

**Room:** WVSD-07023  **Case No.:** 5:23-cv-00625  **Type:** Motion to Compel
**Caption:** Mountain Valley Pipeline v. Tuhus, *et al.*  **Judge:** Omar Aboulhosn

**Started:** 10/10/2024 1:17:50 PM
**Ends:** 10/10/2024 2:13:02 PM    **Length:** 00:55:13

| Time | Event |
|---|---|
| 1:17:54 PM | Judge Omar Aboulhosn |
| 1:17:55 PM | Courtroom Deputy Tammy Davis |
| 1:17:56 PM | Court Reporter: Court Smart and via Teams |
| 1:17:57 PM | Attorneys for Mountain Valley Pipeline: Austin D. Rogers and Timothy M. Miller |
| 1:17:58 PM | Attorney for Melinda Ann Tuhus, et al.: Jonathan Sidney |
| 1:17:58 PM | Law Clerk: Heather Kropac |
| 1:18:00 PM | **HEARING ON MOTION TO COMPEL (ECF DOC. 48) VIA TEAMS VIDEO** |
| 1:18:17 PM | Recording Paused |
| 1:25:53 PM | Recording Resumed |
| 1:32:12 PM | Judge Omar Aboulhosn |
| 1:32:15 PM | We are here for the Motion to Compel. |
| 1:32:45 PM | Begins discussions with counsel. |
| 2:11:52 PM | I will take this matter under advisement. |
| 2:11:53 PM | Ends discussions with counsel. |