# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                            **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                            **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## STIPULATION REGARDING EXTENSION OF DEADLINES
## FOR PLAINTIFF TO RESPOND TO DISCOVERY

The parties hereby stipulate to the following extension of deadlines for the Plaintiff to respond to pending discovery:

The deadline for Plaintiff to respond to *Defendant Tuhus' Second Discovery Request* is extended from October 16, 2024 to October 23, 2024; and

The deadline for Plaintiff to respond to *Defendant Abramoff's First Discovery Request* is extended from October 16, 2024 to October 23, 2024.

**STIPULATED AND AGREED TO BY:**

*/s/ Austin D. Rogers*
Timothy M. Miller, Esquire (WVSB #2564)
Matthew S. Casto, Esquire (WVSB #8174)
Robert M. Stonestreet, Esquire (WVSB # 9370)

Jennifer J. Hicks, Esquire (WVSB # 11423)
Austin D. Rogers, Esquire (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com
*Counsel for Plaintiff*


and


*/s/ William V. DePaulo (w/ permission)*
William V. DePaulo, Esquire (WVSB #995)
P.O. Box 1711
Lewisburg, WV 24901
Telephone: 304-342-5588
Facsmile: 866-850-1501
william.depaulo@gmail.com

Jonathan Sidney
*Pro Hac Vice*
Colorado Bar No. 52463
Ohio Bar No. 0100561
Climate Defense Project
P.O. Box 97
Forest Hill, WV
Telephone: (510) 318-1549
jsidney@climatedefenseproject.org

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC hereby certifies that on October 15, 2024, I electronically filed the **STIPULATION REGARDING EXTENSION OF DEADLINES FOR PLAINTIFF TO RESPOND TO DISCOVERY** with the Clerk of the Court via the CM/ECF system which will send electronic notification to counsel of record as follows:

William V. DePaulo, Esq.
P.O. Box 1711
Lewisburg, WV 24901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com

Jonathan Sidney<br>
Climate Defense Project<br>
P.O. Box 97<br>
Forest Hill, WV<br>
(510) 318-1549<br>
jsidney@climatedefenseproject.org

                                           */s/ Austin D. Rogers*<br>
                                           Austin D. Rogers, Esquire (WVSB #13919)