# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

**MOUNTAIN VALLEY PIPELINE, LLC,**

      **Plaintiff,**

vs.                                                          Civil Action No. 5:23-cv-00625

**MELINDA ANN TUHUS *ET AL.*,**

      **Defendants.**

## ORDER

    Pending before the Court is the Defendants' ***Motion for Leave to File Supplemental Memorandum Ex Parte and Under Seal*** (ECF No. 57) to supplement their response to the Plaintiff's Motion to Compel as discussed during the hearing on these matters on October 10, 2024, and in further support of their responsive pleading (ECF No. 53). For good cause, it is hereby **ORDERED** that the ***Motion*** is **GRANTED** and the Defendants may file their supplemental memorandum *ex parte*, which shall remain under seal and available only to the Defendants and to this Court, subject to further order of the Court.

    The Clerk is requested to distribute a copy of this Order to all counsel of record and any unrepresented parties.

    **ENTER: October 18, 2024.**



Omar J. Aboulhosn
United States Magistrate Judge