IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                    CIVIL ACTION NO. 5:23-cv-00625

MELINDA ANN TUHUS,

    Defendant.


MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                      CIVIL ACTION NO. 5:23-cv-00626

ROSE ZHENG ABRAMOFF,

    Defendant.

## ORDER GRANTING JOINT MOTION
## FOR MODIFICATION OF SCHEDULING ORDER

Pending before the Court is the *Joint Motion for Modification of Scheduling Order* (ECF No. 63) filed by the parties on October 22, 2024. For the reasons stated in the Motion, the Court finds good cause exists for the amendment of the scheduling order and accordingly, **ORDERS** as follows:

The discovery deadline previously set for October 31, 2024 is hereby extended to November 15, 2024 for the limited purpose of conducting additional depositions the parties were unable to schedule in October 2024.

Dated: October 23, 2024



Omar J. Aboulhosn
United States Magistrate Judge