IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                                  CIVIL ACTION NO. 5:23-cv-00625

MELINDA ANN TUHUS,

    Defendant.


MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                                   CIVIL ACTION NO. 5:23-cv-00626

ROSE ZHENG ABRAMOFF,

    Defendant.

**CERTIFICATE OF SERVICE**

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC, hereby certifies that on October 23, 2024, I electronically filed the *Certificate of Service* for *Mountain Valley Pipeline, LLC's Responses to Defendant Tuhus' Second Discovery Requests* with the Clerk of the Court via the CM/ECF system and that a complete copy of *Mountain Valley Pipeline, LLC's Responses to Defendant Tuhus' Second Discovery Requests* was served via email upon the following:

William V. DePaulo Esq.
PO Box 1711
Lewisburg, WV  24901
William.depaulo@gmail.com
*Counsel for Defendants*

Jonathan Sidney, Esq.
Climate Defense Project
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org
*Counsel for Defendants*

      */s/ Austin D. Rogers*
      Austin D. Rogers (WVSB #13919)