# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC, hereby certifies that on October 23, 2024, I electronically filed the *Certificate of Service* for *Mountain Valley Pipeline, LLC's Responses to Defendant Abramoff's First Discovery Requests* with the Clerk of the Court via the CM/ECF system and that a complete copy of *Mountain Valley Pipeline, LLC's Responses to Defendant Abramoff's First Discovery Requests* was served via email upon the following:

William V. DePaulo Esq.
PO Box 1711
Lewisburg, WV  24901
William.depaulo@gmail.com
*Counsel for Defendants*

Jonathan Sidney, Esq.
Climate Defense Project
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org
*Counsel for Defendants*

       */s/ Austin D. Rogers*
       Austin D. Rogers (WVSB #13919)