# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v().**                                                   **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                                   **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## **CERTIFICATE OF SERVICE**

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC, hereby certifies that on October 30, 2024, I electronically filed the *Certificate of Service* for *Plaintiff's Supplemental Rule 26(a)(1) Disclosures* via the Court's CM/ECF system which will send an electronic notification to all counsel of record and that on the same day I served *Plaintiff's Supplemental Rule 26(a)(1) Disclosures* upon all counsel of record via US Mail and electronic mail as follows:

William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 24901
William.depaulo@gmail.com
*Counsel for Defendants*

14965731

Jonathan Sidney, Esquire
Climate Defense Project
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org
*Counsel for Defendants*

*/s/ Austin D. Rogers*
Austin D. Rogers, Esquire (WVSB #13919)

14965731

6