UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

       Plaintiff,

v.                                            CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

       Defendants.

### AMENDED NOTICE OF DEPOSITION OF BRYAN MURPHY

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Counsel for Defendants Melinda Ann Tuhus and Rose Zheng Abramoff, will take the deposition of Bryan Murphy on **Wednesday, November 6, 2024 at 10:00 A.M.**, remotely via Zoom videoconferencing by agreement of the parties, and continued until concluded. The deposition will be taken upon oral examination and recorded by audio, audiovisual, and/or stenographic means for the purposes of discovery or evidence or both before an officer duly authorized by law to administer oaths, and the same will continue from day to day until completed. You may attend and defend your interests as they may appear.

                                 MELINDA ANN TUHUS
                                 ROSE ZHENG ABRAMOFF

                                       By Counsel

| | |
|---|---|
| /s/ Jonathan Sidney | /s/ William V. DePaulo |
| Jonathan Sidney | William V. DePaulo, Esq. #995 |
| *Pro Hac Vice* | 860 Court Street North |
| Colorado Bar No. 52463 | Suite 300 |
| Ohio Bar No. 0100561 | Lewisburg, WV 25901 |
| Climate Defense Project | Phone: (304) 342-5588 |
| P.O. Box 97 | Fax: (866) 850-1501 |
| Forest Hill, WV | William.depaulo@gmail.com |
| Email: jsidney@climatedefenseproject.org | |
| Telephone: (510) 318-1549 | |

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
      Plaintiff,
v.                                                 CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF
      Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Notice of Deposition was filed electronically with the Clerk of the Court, this 30th day of October, 2024, and thereby served on Counsel for the Plaintiff as follows:

Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681.205.8888
Facsimile: 681.205.8814

                                                                  /s/William V. DePaulo
                                                                   William V. DePaulo