UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

        Plaintiff,

v.                                                 CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

        Defendants.

## AMENDED NOTICE OF DEPOSITION OF ADAM SLOANE

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Counsel for Defendants Melinda Ann Tuhus and Rose Zheng Abramoff, will take the deposition of Adam Sloane on **Wednesday, November 6, 2024 at 1:00 P.M.**, remotely via Zoom videoconferencing by agreement of the parties, and continued until concluded. The deposition will be taken upon oral examination and recorded by audio, audiovisual, and/or stenographic means for the purposes of discovery or evidence or both before an officer duly authorized by law to administer oaths, and the same will continue from day to day until completed. You may attend and defend your interests as they may appear.

                                                                        MELINDA ANN TUHUS
                                                                        ROSE ZHENG ABRAMOFF

                                                                                  By Counsel

/s/ Jonathan Sidney  
Jonathan Sidney  
*Pro Hac Vice*  
Colorado Bar No. 52463  
Ohio Bar No. 0100561  
Climate Defense Project  
P.O. Box 97  
Forest Hill, WV  
Email: jsidney@climatedefenseproject.org  
Telephone: (510) 318-1549  

/s/ William V. DePaulo  
William V. DePaulo, Esq. #995  
860 Court Street North  
Suite 300  
Lewisburg, WV 25901  
Phone: (304) 342-5588  
Fax: (866) 850-1501  
William.depaulo@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,
v.                                                        CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF
    Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Notice of Deposition was filed electronically with the Clerk of the Court, this 30rd day of October, 2024, and thereby served on Counsel for the Plaintiff as follows:

Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814

/s/William V. DePaulo
William V. DePaulo