UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

        Plaintiff,

v.                                         CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

        Defendants.

### AMENDED NOTICE OF DEPOSITION OF RALPH WRIGHT

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Counsel for Defendants Melinda Ann Tuhus and Rose Zheng Abramoff, will take the deposition of Ralph Wright on **Friday, November 1, 2024 at 11:00 A.M.**, remotely via Zoom videoconferencing by agreement of the parties, and continued until concluded. The deposition will be taken upon oral examination and recorded by audio, audiovisual, and/or stenographic means for the purposes of discovery or evidence or both before an officer duly authorized by law to administer oaths, and the same will continue from day to day until completed. You may attend and defend your interests as they may appear.

                                                                 MELINDA ANN TUHUS
                                                                ROSE ZHENG ABRAMOFF

                                                                           By Counsel

/s/ Jonathan Sidney                           /s/ William V. DePaulo
Jonathan Sidney                                   William V. DePaulo, Esq. #995
*Pro Hac Vice*                                        860 Court Street North
Colorado Bar No. 52463                    Suite 300
Ohio Bar No. 0100561                      Lewisburg, WV 25901
Climate Defense Project                    Phone: (304) 342-5588
P.O. Box 97                                           Fax: (866) 850-1501
Forest Hill, WV                                    William.depaulo@gmail.com
Email: jsidney@climatedefenseproject.org
Telephone: (510) 318-1549

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
       Plaintiff,
v.                                                CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF
       Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Notice of Deposition was filed electronically with the Clerk of the Court, this 30th day of October, 2024, and thereby served on Counsel for the Plaintiff as follows:

Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681.205.8888
Facsimile: 681.205.8814

                                                                                 /s/William V. DePaulo
                                                                                  William V. DePaulo