UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                           CIVIL ACTION NO 5:23-cv-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

    Defendants.

## ORDER

Pending is the parties' Joint Motion for Modification of Scheduling Order [Doc. 90].

The Court **GRANTS** the Joint Motion. The schedule is **AMENDED** as follows:

| Deadline | Date |
| --- | --- |
| Discovery to close | 12/16/2024 |
| Dispositive motions deadline | 01/06/2025 |
| Response to dispositive motion | 01/20/2025 |
| Reply to response to dispositive motion | 01/27/2025 |
| Settlement meeting | 03/07/2025 |
| Motion in limine deadline | 03/14/2025 |
| Responses for motions in limine | 03/21/2025 |
| Proposed pretrial order to defendant | 03/11/2025 |
| Integrated pretrial order | 03/18/2025 |
| Pretrial conference | 03/28/2025 11:30 AM |
| Proposed jury charge | 04/18/2025 |
| Final settlement conference | 05/02/2025 12:00 PM |
| Civil Jury Trial | 05/06/2025 9:00 AM |

2

Apart from the modified dates and directives contained herein, the requirements and directives of the previously operative scheduling order(s) remain in full force and effect.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTERED: November 14, 2024

Frank W. Volk
Chief United States District Judge