UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

        Plaintiff,

v.                                      CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

        Defendants.

## STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO FILE A MOTION TO COMPEL, IF ANY

Plaintiff Mountain Valley Pipeline, LLC and Defendants Melinda Ann Tuhus and Rose Zheng Abramoff, by counsel, stipulate and agree that Defendants' deadline to file a motion to compel as to *Mountain Valley Pipeline, LLC's Responses to Defendant Abramoff's First Discovery Requests First Set of Discovery* and *Mountain Valley Pipeline, LLC's Responses to Defendant Tuhus' Second Discovery Requests* is extended up to and including November 29, 2024.

**STIPULATED AND AGREED TO BY:**

*/s/ Austin D. Rogers (with permission)*
Timothy M. Miller, Esquire (WVSB #2564)
Matthew S. Casto, Esquire (WVSB #8174)
Robert M. Stonestreet, Esquire (WVSB # 9370)
Jennifer J. Hicks, Esquire (WVSB # 11423)
Austin D. Rogers, Esquire (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681.205.8888
Facsimile: 681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com

jhicks@babstcalland.com
arogers@babstcalland.com

*Counsel for Plaintiff*

and

*/s/ William V. DePaulo (w/ permission)*
William V. DePaulo, Esquire (WVSB #995)
P.O. Box 1711
Lewisburg, WV 24901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com

Jonathan Sidney
*Pro Hac Vice*
Colorado Bar No. 52463
Ohio Bar No. 0100561
Climate Defense Project
P.O. Box 97
Forest Hill, WV
Email: jsidney@climatedefenseproject.org
Telephone: (510) 318-1549

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,
v.                                                                      CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF
    Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation was filed electronically with the Clerk of the Court, this 21st day of November, 2024, and thereby served on Counsel for the Plaintiff as follows:

Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681.205.8888
Facsimile: 681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

                                                    /s/William V. DePaulo
                                                    William V. DePaulo