UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

        Plaintiff,

v.                                          CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

        Defendants.

## DEFENDANTS' RENEWED REQUEST FOR EXPEDITED CONSIDERATION OF MOTION TO AMEND SCHEDULING ORDER

Now come Defendants Rose Abramoff and Melinda Tuhus, by counsel, and respectfully renew their initial respect for expedited consideration of their December 4, 2024 Motion to Amend Scheduling Order (Dkt. 95). In support, Defendants state the following:

1. MVP has had more than a reasonable period of time to express its opposition, if any, to this Motion. Counsel first reached out to MVP on Wednesday, November 27, 2024 – sixteen days ago, and one week before Defendants filed their Motion – in an attempt to obtain its position. MVP had indicated no position supporting or opposing the Motion at the time of filing, and as of this morning has not subsequently clarified its position to counsel or the Court.

2. The discovery cutoff is presently set for this Monday, December 16, 2024, the date upon which Defendants' 30(b)(6) deposition is presently set. Given Defendant Abramoff's continuing efforts to retain substitute counsel, counsel respectfully submits that modification is prudent, reasonable, and appropriate to avoid any prejudice to Defendant Abramoff and ensure that she can have counsel of choice at this crucial stage of litigation.

3. Furthermore, just yesterday, on Thursday, December 12, MVP filed a Motion

for Protective Order with respect to the upcoming deposition. An extension to the Scheduling Order is independently warranted in order to avoid requiring the parties and the Court to litigate this Motion on an *extremely* expedited basis.

WHEREFORE, for the foregoing reasons, Defendants renew their previous request for expedited consideration of their Motion to Amend Scheduling Order and move that amendment be granted as stated in the previously-filed proposed Order.

Respectfully submitted,

**MELINDA ANN TUHUS and
ROSE ZHENG ABRAMOFF**

By Counsel

/s/ William V. DePaulo
William V. DePaulo, Esq. #995
860 Court Street North
Suite 300
Lewisburg, WV 25901
Phone: (304) 342-5588
Fax: (866) 850-1501
William.depaulo@gmail.com

Jonathan Sidney
*Pro Hac Vice*
Colorado Bar No. 52463
Ohio Bar No. 0100561
Climate Defense Project
P.O. Box 97
Forest Hill, WV
jsidney@climatedefenseproject.org
Telephone: (510) 318-1549

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
      Plaintiff,

v.                                        CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF
      Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of the Court, this 13th day of December, 2024, and thereby served on Counsel for the Plaintiff as follows:

Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681.205.8888
Facsimile: 681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

                                                  /s/William V. DePaulo
                                                  William V. DePaulo