# Courtroom Minute Entry

**Room:** Bluefield  **Case No.:** 5:23-cv-00625 & 5:23-cv-00626  **Type:** Motion Hearing
**Caption:** MVP v. Tuhus, et al.  **Judge:** Omar Aboulhosn

**Started:**  12/13/2024 10:55:52 AM
**Ends:**  12/13/2024 11:35:03 AM  **Length: 00:39:12**

| | |
|---|---|
| **10:55:53 AM** | Judge Omar Aboulhosn |
| **10:55:54 AM** | Courtroom Deputy Tammy Davis |
| **10:55:55 AM** | Law Clerk Heather Kropac via Teams |
| **10:55:56 AM** | Court Reporter: Court Smart and Teams |
| **10:56:22 AM** | Attorney Austin Rogers via Teams |
| **10:56:39 AM** | Attorney Jonathan Sidney via Teams |
| **10:56:45 AM** | Attorney William DePaulo via Teams |
| **10:57:03 AM** | **HEARING ON PLAINTIFF MOUNTAIN VALLEY PIPELINE'S MOTION FOR PROTECTIVE ORDER** |
| **10:57:10 AM** | **ECF DOC. 99 – VIA TEAMS VIDEOCONFERENCE** |
| **10:57:23 AM** | Judge Omar Aboulhosn |
| **10:58:11 AM** | Discussions begin. |
| **11:35:00 AM** | Hearing adjourned. |