UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                    CIVIL ACTION NO 5:23-cv-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

    Defendants.

## ORDER

Pending is the parties' Joint Motion to Stay Proceedings [Doc. 107]. The parties contend the motion is made in contemplation of an anticipated settlement agreement. Without further specifics of the contemplated settlement, such as a term sheet, the Court is unable to determine whether a good cause finding is warranted. It is accordingly **ORDERED** that the parties provide further details as to their agreement on or before **February 2, 2025**.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                          ENTER:      January 28, 2025

*Frank W. Volk*
Frank W. Volk
Chief United States District Judge