UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                  CIVIL ACTION NO 5:23-cv-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

    Defendants.

## ORDER

Pending is the parties' Joint Motion to Stay Proceedings [Doc. 107], filed January 27, 2025. The Court directed the parties to provide further details as to their settlement agreement on or before February 2, 2025. [Doc. 108]. On January 31, 2025, the parties filed a Joint Submission of Settlement Term Sheet. [Doc. 109]. Accordingly, the Court **GRANTS** the Joint Motion [**Doc. 107**]. The requested stay and further directions will enter forthwith by separate order.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                            ENTER:      February 10, 2025

*Frank W. Volk*
Frank W. Volk
Chief United States District Judge