IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                    CIVIL ACTION NO. 5:23-cv-00625

MELINDA ANN TUHUS,

    Defendant.


MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                                     CIVIL ACTION NO. 5:23-cv-00626

ROSE ZHENG ABRAMOFF,

    Defendant.

## JOINT MOTION FOR ENTRY OF AGREED ORDER GRANTING PERMANENT INJUNCTION

This day came the parties, by counsel, and advised that pursuant to the terms of a full and final settlement agreement between the parties, they jointly and by agreement move for entry of the proposed Agreed Order Granting Permanent Injunction, submitted and filed with this motion. By further agreement, within 5 days of the entry of the Agreed Order Granting Permanent Injunction, plaintiff Mountain Valley Pipeline, LLC, shall file a stipulation of dismissal of this action, with prejudice.


Agreed to by:


*/s/ Timothy M. Miller*
Timothy M. Miller, Esquire (WVSB #2564)

Matthew S. Casto, Esquire (WVSB #8174)
Robert M. Stonestreet, Esquire (WVSB # 9370)
Jennifer J. Hicks, Esquire (WVSB # 11423)
Austin D. Rogers, Esquire (WVSB #13919)
Babst Calland, P.C.
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681-205-8888
Facsimile:  681-205-8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com
*Counsel for Plaintiff Mountain Valley Pipeline, LLC*


Agreed to by:


*/s/ William V. DePaulo (w/ permission)*
William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 24901
William.depaulo@gmail.com

and

Jonathan Sidney, Esquire
Climate Defense Project
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org
*Counsel for Defendants, Admitted Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                      **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                      **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for the Plaintiff, hereby certifies that on March 11, 2025, I electronically filed the **Joint Motion for Entry of Agreed Order Granting Permanent Injunction** with the Clerk of the Court via the CM/ECF system which will send electronic notification to counsel of record as follows:

William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 24901
William.depaulo@gmail.com
*Counsel for Defendants*

Jonathan Sidney, Esquire
Climate Defense Project
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org
*Counsel for Defendants*

*/s/ Timothy M. Miller*
Timothy M. Miller, Esquire (WVSB #2564)