# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                                                  **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**                                                                   **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## MOTION TO SUBSTITUTE ATTACHMENT

Mountain Valley Pipeline, LLC ("MVP"), by Counsel, seeks leave to substitute the attachment to the Motion to the *Joint Motion for Entry of Agreed Order Granting Permanent Injunction*. MVP, in filing the Motion, inadvertently filed a prior version of the Agreed Injunction Order, attached to the Motion. As such, MVP seeks entry of the attached, corrected version of the Agreed Injunction Order, attached hereto as Exhibit A.

                                                          **Mountain Valley Pipeline, LLC**

                                                          By Counsel,

                                                          */s/ Austin D. Rogers*
                                                          Timothy M. Miller, Esquire (WVSB #2564)
                                                          Matthew S. Casto, Esquire (WVSB #8174)
                                                          Robert M. Stonestreet, Esquire (WVSB # 9370)
                                                          Jennifer J. Hicks, Esquire (WVSB # 11423)
                                                          Austin D. Rogers, Esquire (WVSB #13919)
                                                          Babst Calland, P.C.

300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681-205-8888
Facsimile:  681-205-8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**           **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

**v.**          **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for the Plaintiff, hereby certifies that on March 11, 2025, I electronically filed the **Motion to Substitute Attachment** with the Clerk of the Court via the CM/ECF system which will send electronic notification to counsel of record as follows:

William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 24901
William.depaulo@gmail.com
*Counsel for Defendants*

Jonathan Sidney, Esquire
Climate Defense Project
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org
*Counsel for Defendants*

        */s/ Austin D. Rogers*
        Austin D. Rogers, Esquire (WVSB #13919)