UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,

        Plaintiff,

v.                                                                                                  CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF

        Defendants.

### NOTICE OF AGREEMENT WITH AND CONSENT TO MVP'S MOTION TO SUBSTITUTE ATTACHMENT

Defendants Melinda Ann Tuhus and Rose Zheng Abramoff ("Defendants"), by counsel, hereby note their agreement with MVP's Motion to Substitute Attachment (Dkt. 113), filed the evening of March 11, 2025, and their consent to entry of the Agreed Order attached to the Motion to Substitute Attachment (Dkt. 113-1), pursuant to the parties' settlement agreement.[1]

Respectfully submitted,

**MELINDA ANN TUHUS**
**ROSE ZHENG ABRAMOFF**

By Counsel

/s/ Jonathan Sidney
Jonathan Sidney
*Pro Hac Vice*
Colorado Bar No. 52463
Ohio Bar No. 0100561
Climate Defense Project
P.O. Box 97
Forest Hill, WV
Email: jsidney@climatedefenseproject.org
Telephone: (510) 318-1549

/s/ William V. DePaulo
William V. DePaulo, Esq. #995
860 Court Street North
Suite 300
Lewisburg, WV 25901
Phone: (304) 342-5588
Fax: (866) 850-1501
William.depaulo@gmail.com

---

[1] Defendants do not consent to entry of the Order inadvertently attached to the Joint Motion for Entry of Agreed Order Granting Permanent Injunction (Dkt. 112).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
    Plaintiff,
v.                                          CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG ABRAMOFF
    Defendants.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of the Court, this 12th day of March, 2025, and thereby served on Counsel for the Plaintiff as follows:

Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
**BABST CALLAND, P.C.**
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681.205.8888
Facsimile:  681.205.8814

/s/William V. DePaulo
William V. DePaulo

2