**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

MOUNTAIN VALLEY PIPELINE, LLC,

Plaintiff,

v. CIVIL ACTION NO 5:23-cv-00625

MELINDA ANN TUHUS and
ROSE ZHENG ABRAMOFF

Defendants.

**ORDER**

Pending is the parties' Joint Motion to Reinstate Case to Active Docket [Doc. 115], filed March 13, 2025.

On February 11, 2025, the case was stayed and retired to the inactive docket at the parties' request, pending finalization of an anticipated settlement agreement. [Doc. 111]. The parties now appear to stipulate to the entry of an Agreed Permanent Injunction Order prior to entry of the settlement agreement and dismissal of the claims. [Doc. 115 at ¶ 11]. Accordingly, the parties request the Court to lift the stay entered.

The Court **GRANTS** the parties' Joint Motion [**Doc. 115**], **LIFTS** the stay, and **REINSTATES** the case to the active docket. Upon entry of the Stipulation of Dismissal, the case will be closed anew without the necessity of a further order.

The Clerk is directed to transmit copies of this Order to all counsel of record and any unrepresented parties.

ENTER: March 17, 2025




Frank W. Volk
Chief United States District Judge