IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                                **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## STIPULATION OF DISMISSAL

Mountain Valley Pipeline, LLC ("MVP"), Melinda Ann Tuhus ("Tuhus"), and Rose Zheng Abramoff ("Abramoff") (together, the "Parties"), by Counsel, jointly stipulate that all matters between the parties have been fully and completely compromised and settled. As a result, the parties stipulate pursuant to F. R. Civ. P. 41(a)(1)(A) to the dismissal of this case with prejudice and removal of this case from the Court's active docket, in accordance with the Order entered on March 17, 2025. [Doc. No. 117].

**PREPARED BY:**

**MOUNTAIN VALLEY PIPELINE, LLC**

**By Counsel,**

*/s/ Austin D. Rogers*
Timothy M. Miller, Esquire (WVSB #2564)
Matthew S. Casto, Esquire (WVSB #8174)
Robert M. Stonestreet, Esquire (WVSB # 9370)
Jennifer J. Hicks, Esquire (WVSB # 11423)
Austin D. Rogers, Esquire (WVSB #13919)
Babst Calland, P.C.
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681-205-8888
Facsimile:  681-205-8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com


**AGREED TO BY:**

**MELINDA ANN TUHUS and
ROSE ZHENG ABRAMOFF**

**By Counsel,**


*/s/ William V. DePaulo (w/ permission ADR)*
William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 24901
William.depaulo@gmail.com

Jonathan Sidney, Esquire
Climate Defense Project
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org
*Admitted Pro Hac Vice*

2